No. 75–957. EVANS ET AL. *v.* FROMME ET AL. C. A. 9th Cir. Motion to expedite consideration to consolidate for oral argument with No. 75–817, *Nebraska Press Assn. v. Stuart, Judge* [certiorari granted, *ante,* p. 1027], denied.

No. 75–5529. TYLER *v.* WANGELIN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 75–5483. TYLER *v.* WANGELIN, U. S. DISTRICT JUDGE; and

No. 75–5807. MATTHEWS *v.* INGRAHAM, U. S. CIRCUIT JUDGE, ET AL. Motions for leave to file petitions for writs of prohibition denied.

No. 75–804. HILL *v.* UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 25, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari granted.

No. 75–454. BRANNON *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 75–576. ERHARD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–588. WASHINGTON ET AL. *v.* UNITED STATES ET AL.;

No. 75–592. NORTHWEST STEELHEADERS COUNCIL OF TROUT UNLIMITED *v.* UNITED STATES ET AL.; and

No. 75–705. WASHINGTON REEF NET OWNERS ASSN. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 520 F. 2d 676.